UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>Jacobson Memorial Hospital Care Center )<br>)<br>)<br>)<br>Defendant(s). ) | **CONSENT/REASSIGNMENT FORM**<br><br><br>Case No.  23-cv-00192 |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ✔                                    **Reassignment** ☐

U.S. Equal Employment
Opportunity Commission

_____              _____
Party(ies) Represented                              Party(ies) Represented

<u>/s/  Anne Gallerano</u>                                 <u>/s/</u>_____
Attorney Signature                                   Attorney Signature

<u>October 5, 2023</u>                                    _____
Date                                                        Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov