IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| and | ) ) | |
| Mamie M. Pierce, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| vs. | ) ) | Case No. 1:23-cv-192 |
| Jacobson Memorial Hospital Care Center, | ) ) | |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on April 5, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 12th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court