# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| And | ) ) | |
| Mammie M. Pierce, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| vs. | ) ) | |
| Jacobson Memorial Hospital Care Center, | ) ) | Case No. 1:23-cv-192 |
| Defendant. | ) | |

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on March 28, 2024, at 10:00 AM Central Time at the U.S. Courthouse (courtroom #2) located in Bismarck, North Dakota.

The conference shall be attended, in-person or virtually, by all parties, together with trial counsel (if they are represented) for each party. Plaintiff and Plaintiff-Intervenor may attend virtually. At least one person for Defendant shall appear in person to help facilitate the virtual appearance by others. Requests for relief from this requirement must be made in advance.

An insured party need not attend unless the settlement decision will be made in part by the insured. When the settlement decision will be made in whole or in part by an insurer, the insurer shall attend. The persons attending shall be vested with the necessary settlement authority. Any

relief from these requirements must be obtained in advance. Failure to attend the conference as provided may result in an award of costs, fees, and/or other sanctions.

Each party shall submit a concise confidential settlement statement to the Court via e-mail (ndd_J-Hochhalter@ndd.uscourts.gov), or mail (P.O. Box 670, Bismarck, North Dakota 58502-0670) at least two days prior to the final settlement conference. The settlement statements shall be for the exclusive use of the Court in preparing for and conducting the settlement conference. They shall not be filed with the Clerk's office or provided to the other parties in the case.

The settlement statements should contain a concise recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' positions on settlement, including a present settlement proposal, and a report on settlement efforts to date. Exhibits may be attached to the settlement statements. The parties are directed to be candid in their statements.

Counsel are directed to confer with their clients in advance of the conference to explore the parties' settlement positions, and the parties are encouraged to exchange settlement proposals prior to the conference. These steps will enable the conference to progress more expeditiously.

Dated this 6th day of March, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court